**AO 91 (Rev. 5/85) Criminal Complaint**

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MARINO D. ALEMAN-QUINTEROS**
**DOB:** xx/xx/xx
**PDID:** xxx-xxx

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 23, 2008</u>, in the District of <u>COLUMBIA</u> defendant (s) did,

**(Track Statutory Language of Offense)**

**unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>     21     </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am <u>**OFFICER HARRY ALLEN**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER HARRY ALLEN**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS**

Sworn to before me and subscribed in my presence,

_____          at          <u>     Washington, D.C.     </u>
Date                                                               City and State

_____          _____
**Name & Title of Judicial Officer**                         **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On August 23, 2008, members of the Narcotics Special Investigations Division was contacted by a confidential informant (CI) stating that it was in contact with a subject trying to distribute one kilogram of cocaine. The CI met with detectives and recorded several phone calls to defendant Marino Aleman-Quinteros. The CI and the defendant agreed to meet at the Shell gas station at 6201 New Hampshire Avenue, N.E., Washington, D.C. The defendant arrived at the gas station, exited his vehicle and approached the CI sitting in an unmarked police vehicle. The defendant spoke to the CI and then returned to his vehicle. The defendant then reentered the unmarked vehicle and showed the CI a plastic bag containing a white powder. There was a brief conversation between the CI and the defendant. The CI exited the vehicle and gave a signal for the arrest team to move in. The defendant exited the unmarked vehicle where he was stopped by the officers and placed under arrest. The officers recovered approximately 1006 grams of white powder inside the unmarked vehicle. Officers also recovered approximately $1000 in U.S. currency from the defendant's vehicle and approximately $118 from the defendant's person. A portion of the white powder was field tested positive for cocaine. The approximate weight of the cocaine indicates that the drugs were going to be sold to others rather than used exclusively by the defendants.

 

_____
OFFICER HARRY ALLEN
MPD - NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF AUGUST, 2008.


_____
U.S. MAGISTRATE JUDGE